MAFAN HOLDING CORPORATION, Appellant, v. RANDAR BUILDING CORPORATION, Respondent.— Order granting defendant's motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

LEONARD MALTZ, Respondent, v. RUBIN VINIKOFF, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

SADIE MALTZ, Respondent, v. RUBIN VINIKOFF, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

HILDA MORRIS, an Infant, by FRANCES MORRIS, Her Guardian ad Litem, Respondent, v. A. H. HEWS & COMPANY, INC., Appellant.— Judgment and order reversed upon the facts and a new trial granted, costs to appellant to abide the event, unless, within twenty days from the entry of the order herein, respondent stipulate to reduce the recovery of damages to the sum of $30,000; in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

ROSIE PRIZEP and FANNIE CHAPOFF, Respondents, v. ENDOWMENT REALTY CORPORATION, Appellant.— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BOSCH, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Queens, reversed upon the facts, information dismissed and defendant discharged from custody. We are of opinion that the evidence adduced by the People was insufficient to justify the conviction of defendant for a violation of section 290, subdivision 3, of the Highway Law.* (*People* v. *Weaver*, 188 App. Div. 395.) Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE McCARTHY, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIST REMBT, Appellant.— Judgment of the Court of Special Sessions, Borough of Queens, convicting appellant of the crime of violating section 290 of the Highway Law,* and order denying motion for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J.; Rich, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. M. L. G. LAND CO., INC., Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order canceling assessment affirmed, with fifty dollars costs. No opinion. Rich, Young and Seeger, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

---

* Added by Laws of 1910, chap. 374, as amd. by Laws of 1926, chap. 732.— [REP.